UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**ADAM B. SHOULTS**                                                                                 **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 5:15-CV-P77-TBR**

**RANDY WHITE**                                                                            **DEFENDANT**

**MEMORANDUM OPINION**

      Plaintiff Adam B. Shoults, an inmate incarcerated at the Kentucky State Penitentiary, filed a *pro se*, *in forma pauperis* complaint pursuant to 42 U.S.C. § 1983. By Memorandum Opinion and Order entered June 19, 2015 (DN 8), the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and granted Plaintiff 30 days within which to file an amended complaint which stated a claim entitling him to relief under § 1983. The Court warned Plaintiff that his failure to file an amended complaint within the time allotted would result in dismissal of the entire action with prejudice.

      The 30-day period has expired without the filing of an amended complaint by Plaintiff. Accordingly, all claims will be dismissed by separate Order for failure to state a claim upon which relief may be granted.

Date:

cc:       Plaintiff, *pro se*
4413.009